UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>SAN JOAQUIN VALLEY UNIFIED AIR<br>POLLUTION CONTROL DISTRICT<br><br>Plaintiffs,<br><br>v.<br><br>COTTAGE BAKERY, INC., and RALCORP<br>FROZEN BAKERY PRODUCTS, INC.,<br><br>Defendants. | No. 2:12-cv-01697-KJM-JFM<br><br>ORDER TERMINATING<br>CONSENT DECREE |

Having reviewed the Joint Stipulation and Request for Order Terminating Consent Decree submitted by the parties, and good cause appearing, IT IS HEREBY ORDERED that the Consent Decree entered by this Court in this action on August 19, 2013 (ECF No. 21-1) is terminated.

DATED: April 6, 2017

_____
UNITED STATES DISTRICT JUDGE

1